Jerry L. Steering (SBN 122509)
Brenton Whitney Aitken Hands (SBN 308601)
LAW OFFICES OF JERRY STEERING
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com
Attorney for plaintiff Gwen Daigle

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DAIGLE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF OCEANSIDE, COUNTY OF SAN DIEGO and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 3:19-cv-01180-BAS-WVG<br><br>**NOTICE OF MOTION AND MOTION TO SUBSTITUTE PLAINTIFFS AND TO FILE SECOND AMENDED COMPLAINT**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>DATE:     MARCH 16, 2020<br><br>CTRM:    4B (4th Floor)<br>             Edward J. Schwartz<br>             United States Courthouse<br>             221 West Broadway<br>             San Diego, CA 92101<br><br>**UNITED STATES DISTRICT JUDGE CYNTHIA A. BASHANT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 16, 2020 in Courtroom 4B of the

above-entitled court, proposed substitute plaintiffs Brandon Lee Daigle, as successor-in-interest to the late GWEN DAIGLE, and Hunter Willow Munsterman, individually and as successor-in-interest to the late GWEN DAIGLE, and as guardian ad litem for her minor half-sister R.A.Q., also as successor-in-interest to GWEN DAIGLE and proposed additional plaintiff Deborah Lee Carman, the mother of the late plaintiff GWEN DAIGLE, will move this Honorable Court for an order, substituting proposed plaintiffs Brandon Lee Daigle, Hunter Willow Munsterman and proposed minor plaintiff R.A.Q. in place of the late plaintiff Gwen Daigle, and to add Deborah Carman as a party plaintiff for her claim for violation of right to familial relations.

This motion is based on the ground that plaintiff GWEN DAIGLE passed-away from a massive stroke on October 14, 2019, that a Notice of Death of Plaintiff Gwen Daigle was filed with this Honorable Court on November 5, 2019, and the late Gwen Daigle's children, Brandon Lee Daigle, Hunter Willow Munsterman and minor R.A.Q., now seek to substitute into this action as her successors-in-interest.

This motion is also based on the ground that the late Gwen Daigle's children, Brandon Lee Daigle, Hunter Willow Munsterman and minor R.A.Q, along with Gwen Daigle's mother, Deborah Carman, also now seek to amend the First Amended Complaint in this action to include their federal claims for loss of their familial relations with their mother / daughter, Gwen Daigle, pursuant to 42 U.S.C. § 1983.

This motion is also based on the attached Declaration of Jerry L. Steering, and the attached Affidavits of Brandon Lee Daigle and Hunter Willow Munsterman, and plaintiffs' Memorandum of Points and Authorities in support thereof. This motion is made following the conference of counsel that took place

on January 30, 2020 (See, Declaration of Jerry L. Steering for details re same).

Dated: February 3, 2020         __/s/ Jerry L. Steering_____
Jerry L. Steering, Attorney for the late plaintiff Gwen Daigle and for prospective plaintiffs Brandon Lee Daigle, Hunter Willow Munsterman, R.A.Q. and Deborah Carman